UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|   |   |   |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Naomi Collins v. Bayer Corporation, et al.* | No. 12-cv-10341-DRH |
| *Amanda Eahehart v. Bayer Corporation, et al.* | No. 11-cv-13469-DRH |
| *Monica Fuchs v. Bayer Corporation, et al.* | No. 12-cv-10237-DRH |
| *Kari Kilwein v. Bayer Corporation, et al.* | No. 11-cv-12018-DRH |
| *Linda Kosovec v. Bayer Corporation, et al.* | No. 11-cv-13007-DRH |
| *Deetta Mabry v. Bayer Corporation, et al.* | No. 12-cv-11294-DRH |
| *Cynthia Miller v. Bayer Corporation, et al.* | No. 10-cv-12625-DRH |
| *Emily Mitchell v. Bayer Corporation, et al.* | No. 12-cv-11196-DRH |
| *Juanita Stallings v. Bayer Corporation, et al.* | No. 10-cv-12785-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 13, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

|  |  |
|---|---|
|  | JUSTINE FLANAGAN, <br> ACTING CLERK OF COURT |
| APPROVED:  David R. Herndon  2015.03.16 09:34:44 -05'00' <br> DISTRICT JUDGE <br> U. S. DISTRICT COURT | BY: __/s/*Caitlin Fischer*__ <br> **Deputy Clerk** |

2